## UNITED STATES DISTRICT COURT

## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SPRINGFIELD TERMINAL RAILWAY COMPANY,<br>         Plaintiff<br><br>              v.<br><br>INTERNATIONAL PAPER COMPANY, INC., ET AL.,<br>         Defendants. | CIVIL ACTION NO.:<br>03-12333-EFH |

## ORDER OF DISMISSAL

March 24, 2004

HARRINGTON, S.D.J.

　　The Court dismisses the above-entitled case for failure of the plaintiff to serve the defendants with the Complaint within the time period required by Rule 4 of the Federal Rules of Civil Procedure.

　　SO ORDERED.

　　　　　　　　　　　　　　　　　　　　/s/ Edward F. Harrington
　　　　　　　　　　　　　　　　　　　　EDWARD F. HARRINGTON
　　　　　　　　　　　　　　　　　　　　United States Senior District Judge